VARIOUS CHAPTER 13s

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79
611

0764191

January 25, 2017

PAY Exactly Thirty Thousand One Hundred Seventy Four And 51/100 Dollars

$*****30,174.51

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

S.J. Beaulieu Jr.

⑈0764191⑈ ⑆061100790⑆ 8800517495⑈

2/2/17
DEPOSITED TO TREASURY
UNCLAIMED (6047BK).
DUE: SEE ATTACHED

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 235683    - KW

February 02, 2017
11:30:01

TREASURY REGFUND
Debtor.: VARIOUS CH. 13S
Amount.:           $30,174.51 CH
Check#.: 0764191

Total-> $30,174.51

FROM: BEAULIEU

| | U.S. BANKRUPTCY COURT/ REGISTRY CHECK# 0764191 | | | | | |
|---|---|---|---|---|---|---|
| CASE # | DEBTOR/ DEBTORS | DEBTOR'S ADDRESS | AMOUNTS | PAYEES | TRUSTEE'S CLAIM# | COURT'S CLAIM# |
| 11-12192 | Ellen Anissa Simon | 5827 General Arthurs Ln. Jamestown, NC 27282 | $ 41.53 | ECMC Lock Box 424101 P.O. Box 75848 St. Paul, MN 55175 | 19 | 6 |
| 11-12192 | Ellen Anissa Simon | 5827 General Arthurs Ln. Jamestown, NC 27282 | $ 86.52 | ECMC Lock Box 424101 P.O. Box 75848 St. Paul, MN 55175 | 20 | 5 |
| 11-12432 | Tregg and Ladawn Parker | 2520 Oakmere Dr. Harvey, LA 70058 | $ 92.48 | Galway Financial Services LLC. 3870 Peachtree Industrial Blvd. Ste 150-316 Duluth, GA 30096 | 26 | 7 |
| 11-12640 | Arthur Blakwell, Jr. and Berdell Blackwell | 4918 Lurline St. New Orleans, LA 70127 | $ 18.80 | US Department of Education Nation Payment Center P.O. Box 530260 Atlanta, GA 30353 | 18 | 12 |
| 11-12886 | Kristen A. Dupre | 4344 Hwy 56. Lot 18 Houma, IA 70363 | $ 263.20 | Advantage Financial SCCS LLC. 251Enterprice Dr. STE 5 Houma, IA 70360 | 4 | 2 |
| 11-13208 | George E. Taylor and Antronette Taylor | 20076 Helenber Rd. Covington, LA 70433 | $ 1,395.03 | US Department of Education Nation Payment Center P.O. Box 530260 Atlanta, GA 30353 | 35 | 18 |
| 11-13305 | Craig K. Felix and Sharon S. Felix | 4807 Bayoyuside Dr. Chauvin, LA 70344 | $ 64.89 | Galway Financial Services LLC. 3870 Peachtree Industrial Blvd. Ste 150-316 Duluth, GA 30096 | 7 | 6 |
| 11-13376 | Alicia Kaye Porter | 42106 B Gardens Blvd. Hammond, LA 70403 | $ 22,567.88 | Eucational Credit Management Corp. Lockbox 8682 P.O. Box 75848 St. Paull. MN 55175 | 19 | 4 |
| 11-13568 | Brad Vinet, SR. and Codie Vinet | 4773 Oak Dr. Lafitte, LA 70067 | $ 58.80 | Galway Financial Services LLC. 3870 Peachtree Industrial Blvd. Ste 150-316 Duluth, GA 30096 | 23 | 1 ( see notes below) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11-13807 | Nouelle L. Washington | 2209-11 Franklin Ave. New Orleans, LA 70117 | $ | 85.78 | American Acceptance 2266 st. Claud Ave. New Orleans, LA 70117 | 1 | 4 |
| 11-13856 | Tonicia Reeves | 1971 N. Rocheblave St. New Orleans, LA 70119 | $ | 461.16 | US Department of Education Nation Payment Center P.O. Box 530260 Atlanta, GA 30353 | 29 | 19 |
| 11-13975 | Joyce M. Whittington | P.O. Box 1661 Donaldsonville, LA 70345 | $ | 3.71 | RJM Acquisitions Funding LLC. 575 Underhill Blvd, Ste 224 Syosset, NY 11791 | 26 | 4 |
| 11-14139 | Michelle White-Barbarin | 3929 Franklin Ave New Orleans, LA 70122 | $ | 17.82 | Galway Financial Services LLC. 3870 Peachtree Industrial Blvd. Ste 150-316 Duluth, GA 30096 | 34 | 7 |
| 12-12074 | Chad and Michelle Quanstrom | 310 Lakewood Dr. Luling, LA 70070 | $ | 1,080.66 | Advantage Financial SCCS LLC. 251 Enterprice Dr. STE 5 Houma, LA 70360 | 6 | 2 |
| 13-11408 | Dedra Louis | 5401 Durham Dr. New Orleans, LA 70131 | $ | 66.73 | MKM Acquisition LLC P.O. Box 9010 Woodbury, NY 11797 | 5 | 4 |
| 14-12322 | Anthony James Roach | 245 Riverview Dr. St. Rose, LA 70087 | $ | 20.83 | RJM Acquisitions Funding LLC. 575 Underhill Blvd, Ste 224 Syosset, NY 11791 | 28 | 3 |
| 14-13309 | Sherome Johnson Hankton | 99 Cypress Grove Court New Orleans, LA 70131 | $ | 3,848.69 | Ocwen Loan 12650 Integrity Dr. Orlando,. FL 32826 | 2 | 9 |
| | | | $ | 30,174.51 | | | |

Notes: Court Claim # 1 ( Galway Financial) was filed in wrong case. It was originally filed to case# 11-13658. Removed from incorrect case and added to 11-13568